08796-P1371
JCK:tlp
G:\71\P1371\P1371SET 001

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAN MICHELE STINNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   File No.   04-2155 |
| | ) |
| ARLENE BLANK; CAROL STACK; | ) |
| ARTHUR CULVER; and DORLAND | ) |
| NORRIS, | ) |
| | ) |
| Defendants | ) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, JAN MICHELE STINNETT, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.


s/ Robert G. Kirchner                              s/ James C. Kearns
                                                   Attorney for Defendants
Attorney for Plaintiff                             Heyl, Royster, Voelker & Allen
Robert G. Kirchner Law Office                      Suite 300
Suite 402                                          102 E. Main Street
100 Trade Centre Drive                             P.O. Box 129
Champaign, IL 61820                                Urbana, IL 61803-0129
217-355-5660 Phone                                 217-344-0060 Phone
217-355-5675 Fax                                   217-344-9295 Fax
E-mail: rkg-kirchnerlaw@sbcglobal.net              E-mail: jkearns@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Robert G. Kirchner
Attorney at Law
Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL  61820
rgk-kirchnerlaw@sbcglobal.net

 

|  |  |
|---|---|
|  | s/ James C. Kearns |
|  | Attorney for Defendants |
|  | Heyl, Royster, Voelker & Allen |
|  | Suite 300 |
|  | 102 E. Main Street |
|  | P.O. Box 129 |
|  | Urbana, IL 61803-0129 |
|  | 217-344-0060 Phone |
|  | 217-344-9295 Fax |
|  | E-mail: jkearns@hrva.com |

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060